IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH, | CASE NO. CV F 06-1800 AWI LJO |
| Plaintiff, | **ORDER TO: (1) SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS AND CERTIFIED COPY OF TRUST ACCOUNT; OR (2) TO PAY $350 FILING FEE** |
| vs. | |
| A.K. SCRIBNER, et al., | |
| Defendants. / | |

Plaintiff James E. Smith ("plaintiff") is a state prisoner and proceeds pro se in this action. Plaintiff filed his complaint and but failed to file an application to proceed in forma pauperis or to pay the $350 filing fee. As such, plaintiff must either: (1) file a fully completed Application To Proceed In Forma Pauperis By A Prisoner ("application") with required information regarding his current prisoner account, required signatures and a certified copy of his prisoner account statement; (2) pay the $350 filing fee; or (3) inform this Court that he no longer wishes to proceed with this action. *See* 28 U.S.C § 1915(a)(2).

Accordingly, this Court ORDERS:

1. This Court's clerk to send to plaintiff a form Application To Proceed In Forma Pauperis By A Prisoner; and

2. Plaintiff, no later than January 17, 2007, either to: (1) submit a fully completed Application To Proceed In Forma Pauperis By A Prisoner with all required information,

1

signatures and a certified copy of his prisoner account statement for the preceding six-month period; (2) pay the $350 filing fee for this action; or (3) inform the Court that plaintiff no longer wishes to proceed with this action.

**Failure to timely comply with this order will result in a recommendation to dismiss this action. This Court will take no action on plaintiff's claims or papers until he complies with this order.**

IT IS SO ORDERED.

**Dated:   December 15, 2006**              /s/ Lawrence J. O'Neill
66h44d                                     UNITED STATES MAGISTRATE JUDGE