IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH, | CASE NO. CV F 06-1800 AWI LJO |
| Plaintiff, | ORDER TO PROCEED IN FORMA PAUPERIS |
| vs. | |
| A.K. SCRIBNER, et al., | |
| Defendants. | |

Plaintiff James E. Smith ("plaintiff") is incarcerated and proceeds pro se in this action. Plaintiff has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this Court pursuant to 28 U.S.C. § 636(b)(1) and this Court's Local Rule 72-302.

Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, this Court GRANTS the request to proceed in forma pauperis. 28 U.S.C. § 1915(a).

Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff is required to pay the statutory filing fee of $350 for this action.[1] This order assesses an initial partial filing fee of $19. 28 U.S.C. § 1915(b)(1). By separate order, the Court will direct the appropriate agency to collect the initial partial filing fee from plaintiff's trust account and forward it to this Court's clerk. Thereafter, plaintiff will be obligated for monthly payments of 20 percent of the preceding month's income credited to plaintiff's trust account.

---

[1] The statutory filing fee for all civil actions, except applications for writs of habeas corpus, is $350. *See* 28 U.S.C. § 1914(a).

1

These payments will be forwarded by the appropriate agency to this Court's clerk each time the amount in plaintiff's account exceeds $10, until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

Accordingly, this Court:

1. GRANTS plaintiff's request for leave to proceed in forma pauperis; and

2. ORDERS plaintiff to pay the statutory filing fee of $350 for this action and ASSESSES plaintiff an initial partial filing fee of $19. All fees shall be collected and paid in accordance with this Court's order to the Director of the California Department of Corrections filed concurrently.

IT IS SO ORDERED.

**Dated:    January 16, 2007**          /s/ Lawrence J. O'Neill
66h44d                                                 UNITED STATES MAGISTRATE JUDGE

2