IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


JAMES E. SMITH

        Plaintiff,                  CV F 06 1800 LJO WMW

   vs.                           ORDER RE MOTION (DOC 9 )


A. K. SCRIBNER, et al.,

        Defendants.


        Plaintiff has filed a motion for extension of time in which to file an amended complaint.  Good cause appearing, IT IS HEREBY ORDERED that Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file an amended complaint.




IT IS SO ORDERED.

**Dated:**   **March 8, 2007**                **/s/  William M. Wunderlich**
mmkd34                              UNITED STATES MAGISTRATE JUDGE