IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES E. SMITH,

    Plaintiff,                      CV F 06 1800 LJO WMW

  vs.                           ORDER RE MOTION (DOC 11 )

A. K. SCRIBNER, et al.,

    Defendants.

     Plaintiff has filed a motion for extension of time in which to file an amended complaint.  Good cause appearing, IT IS HEREBY ORDERED that Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

**Dated:   May 2, 2007**　　　　　　　　　／s/  William M. Wunderlich
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1