IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH,<br><br>         Plaintiff,<br><br>   vs.<br><br>A.K. SCRIBNER, et al.,<br><br>         Defendants.<br>_____/ | CASE NO. CV F 06-1800 LJO GSA<br><br>**ORDER TO DENY ATTORNEY FEES AND COSTS MOTION**<br>(Doc. 18.) |

This Court DENIES as moot and frivolous plaintiff James E. Smith's ("plaintiff's") attorney fees and costs motion. This Court dismissed plaintiff's action, and judgment was entered on December 10, 2007.

IT IS SO ORDERED.

**Dated:   December 28, 2007**                    /s/ Lawrence J. O'Neill
                                                                              UNITED STATES DISTRICT JUDGE

1