IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH, | CASE NO. CV F 06-1800 LJO GSA |
| Plaintiff, | **ORDER TO STRIKE UNENTITLED MOTION** (Doc. 25.) |
| vs. | |
| A.K. SCRIBNER, et al., | |
| Defendants. | |

This Court STRIKES the untitled motion (doc. 25) which plaintiff filed on February 15, 2008. The document is frivolous and intended to vex this Court given that plaintiff proceeds on an appeal of this Court's judgment unfavorable to plaintiff.

IT IS SO ORDERED.

**Dated:   February 19, 2008**          /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE

1